UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

In re: **Herman R. Lewis, Sr.**, Debtor
Chapter **13**, No. **4:16-bk-10475**

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services ("Creditor"), by and through its undersigned attorney, NIXON & LIGHT, for its Objection to Confirmation of the Chapter 13 Plan, states as follows:

1. Debtor filed a petition for Chapter 13 relief on January 29, 2016. The Debtor in this case is an individual.

2. Creditor has an allowed claim against the Debtor secured by a purchase money security interest in the following personal property: **2007 Mercedez Benz, VIN WDDNG76X97A118847**.

3. Creditor has not accepted the Chapter 13 Plan, and the Debtor has not surrendered the collateral.

4. The debt amount proposed is less than the allowed amount of the claim, thus the monthly disbursement proposed is insufficient to provide Creditor adequate protection.

5. The plan does not propose to make distributions to Creditor in equal monthly installments in an amount sufficient to provide Creditor adequate protection pre-confirmation. Furthermore, the interest rate is insufficient and fails to compensate Creditor for the time value of its money and the associated risk of default.

6. The debtor will not be able to make all payments under the plan, or otherwise comply with the plan.

7. The Plan should provide that Creditor's should only be released pursuant to §1325(a)(5)(B)(i)(I) which states the plan must provide "that the holder of such claim retain the lien securing such claim until the earlier of payment of the underlying debt determined under non-bankruptcy law; or discharge under §1328".

8.  The Plan is not proposed in good faith. The Debtor's previous bankruptcy was filed on June 1, 2015 and subsequently dismissed due to the Debtor's failure to make his monthly plan payments. The Debtor now seeks to cram-down Creditor pursuant to § 506.

WHEREFORE, Creditor, Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services, prays for denial of confirmation of the Chapter 13 Plan and for all other just and proper relief to which it is entitled.

Respectfully submitted,

NIXON & LIGHT
Attorneys at Law
10201 W. Markham, Suite 108
Little Rock, Arkansas 72205
501.376.3600 Telephone
501.225.6370 Facsimile
john@nixonandlight.com

/s/ John B. Buzbee
John B. Buzbee (Ark. Bar 08045)

**CERTIFICATE OF SERVICE**

I, John B. Buzbee, hereby certify that a copy of the foregoing was filed via the Court's ECF system on this 25th day of March, 2016.

/s/ John B. Buzbee
John B. Buzbee (Ark. Bar 08045)