UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re:  HERMAN R LEWIS SR                                        Case No:   4:16-bk-10475 J

OBJECTION TO CONFIRMATION OF PLAN

Comes now Jack W Gooding, Standing Trustee for Chapter 13 cases, for his objection to the plan of the above debtor(s) states:

1. 11 U.S.C. 1325(b)(1) payments to be paid to unsecured creditors are inconsistent with disposable income.  The debtor's budget schedules reflect net surplus income of $3,845.68, while the debtor's payments as proposed under the plan are $3,500.00.

2. 11 U.S.C. 1325(a)(1) the plan does not comply with the provisions of Chapter 13 and with other applicable provisions of the Bankruptcy Code.  The debtor has failed to provide the address for the DSO recipient (Lakeisha Franklin) rendering it impossible for the Trustee to perform his duties pursuant to 11 USC section 1302.  The debtor failed to disclose property located on 23rd St, Little Rock, AR.  The Trustee would request additional information regarding the real property.  The Trustee has an objection to exemptions pending, which renders it impossible for the Trustee to determine feasibility of the debtor's plan as proposed.  The debtor's budget schedules reflect ongoing 401k loan payments and car loan payments that appear to end during the term of the Chapter 13 bankruptcy.  The debtor's plan as proposed fails to specify when the step payments are to take effect.  The Trustee would require additional documentation with regard to the 401k loan payments and car loan payments, specifically when each scheduled payment will end.  The debtor's CMI chart fails to disclose the additional insurance proceeds the debtor received after an accident involving the 2011 Tahoe.  The debtor testified he received $1,581.00.

3. 11 U.S.C. 1325(a)(9) Debtor has failed to file tax returns for the tax years 2012, 2013, 2014, and 2015 with the appropriate tax authorities, as required by Section 1308.

Wherefore, your petitioner prays for an order denying confirmation of the plan and dismissing this case and for all other just and proper relief to which he may be entitled.

Dated:  3/30/2016                                                                  /s/  Jack W Gooding
                                                                                                 _____
                                                                                                 CHAPTER 13 TRUSTEE

CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 3/30/2016, with sufficient postage to assure delivery to the following:

APW

Herman R Lewis Sr
900 Russenberger Rd
Little Rock, Ar  72206

Kent Pray - Electronically by ECF

/s/  Jack W Gooding
------

CHAPTER 13 TRUSTEE

APW