IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

RE:   Herman R Lewis Sr

CASE NO:   4:16-bk-10475 J                                                                                    Chapter 13

## OBJECTION TO CLAIMED EXEMPTIONS

COMES now Jack W Gooding, Chapter 13 Standing Trustee for the Eastern and Western Districts of Arkansas, and for his Objection to Claimed Exemptions states the following:

1. The debtor(s) filed a voluntary petition for Chapter 13 bankruptcy relief on January 29, 2016.

2. The debtor(s) elected federal exemptions pursuant to 11 U.S.C. Section 522 (b) (2).

3. The value of debtor's claimed exemptions provided in Schedule C exceeds the amount available under federal law.

4. The Trustee maintains his Objection to Claimed Exemptions as herein stated pursuant to Bankruptcy Rule 4003(b).

WHEREFORE, your petitioner prays that the scheduled exemptions be denied for exceeding the constitutionally and statutorily allowed amount, and for all other just and proper relief.

Date:  03/30/2016                                                                     /s/  Jack W Gooding
                                                                                                   Jack W Gooding,
                                                                                                   Chapter 13 Standing Trustee

## CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 3/30/2016, with sufficient postage to assure delivery to the following:

Herman R Lewis Sr
900 Russenberger Rd
Little Rock, AR  72206

Kent Pray - Electronically by ECF

                                                                                                   /s/  Jack W Gooding
                                                                                                   Jack W Gooding,
                                                                                                   Chapter 13 Standing Trustee