IN THE UNITED STATES BANKRUPTCY COURT
Eastern District of Arkansas

RE:  Herman R Lewis Sr
CASE NO:   4:16-bk-10475 J                                                          Chapter 13

## TRUSTEE'S MOTION TO DISMISS

COMES now Jack W Gooding, Trustee in this case, and states that the Debtor is in material default with respect to the terms of the plan as confirmed by this Court, in that the payments by or for the Debtor to the Trustee have not been made as proposed.

The confirmed plan requires the Debtor to pay the Trustee as follows:

04/01/2016          $3,740.99   Monthly        ( Source:   U S POSTAL SERVICE (IS/ASC)  $1,726.61  BI-WEEKLY)

WHEREFORE, the Trustee moves that the subject case be dismissed pursuant to 11 U.S.C. § 1307(c)(1),(4) and (6).

/s/   Jack W Gooding

Jack W Gooding
STANDING CHAPTER 13 TRUSTEE
(501) 537-4400

TO THE DEBTOR AND THE DEBTOR'S ATTORNEY:

YOU ARE HEREBY NOTIFIED of the filing of the foregoing Motion by the Trustee stating that the Debtor is in material default with respect to the terms of the Debtor's plan and requesting that the subject case be dismissed pursuant to 11 U.S.C. § 1307(c)(1),(4) and (6).

IT IS HEREBY ORDERED that a hearing upon the Trustee's Motion will be held on:

05/26/2016  at   9:30 am

U.S. Bankruptcy Court
300 W. 2nd
Little Rock, AR 72201

IF YOU CONTEST THE TRUSTEE'S MOTION, YOU ARE FURTHER ORDERED to file a written Response, a copy of which should be served upon the Trustee at least 72 hours prior to the hearing, stating facts to controvert, justify, or explain the allegations made by the Trustee. Failure to file such a pleading will result in dismissal of the case.

Date:  04/04/2016

/s/  Jean Rolfs

Jean Rolfs
U. S. Bankruptcy Court Clerk

cc:   Herman R Lewis Sr
      900 Russenberger Rd
      Little Rock, AR  72206

      Kent Pray - Electronic Notification via ECF