IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:   Herman R Lewis Sr

CASE NO:   4:16-bk-10475 J                                                                                      Chapter 13

CHAPTER 13 ORDER TO MODIFY PLAN
AND TO PROVIDE DOCUMENTATION

Before the court is the Objection to Confirmation of Plan, Docket Entry [16], filed on March 30, 2016 by the Trustee. The Objection was set for hearing on April 21, 2016. Prior to the hearing, the objection was settled, and a hearing was not necessary.

For cause shown, the court finds that the Objection to Confirmation of Plan is sustained. The Debtor is granted 28 days from the date of this Order to file a modification to the plan and to provide documentation regarding the plan. Failure to file the modification and submit the documentation within the time described in this Order may result in dismissal of the case without further notice or hearing.

IT IS SO ORDERED.

Date: 05/18/2016

/s/ Phyllis M. Jones

Phyllis M. Jones
U.S. Bankruptcy Judge

cc:   Jack W Gooding, Trustee

　　　Kent Pray - - Electronically by ECF

　　　Herman R Lewis Sr
　　　900 Russenberger Rd
　　　Little Rock, AR  72206

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE: Herman R Lewis Sr

CASE NO: 4:16-bk-10475 J

Chapter 13

CHAPTER 13 ORDER TO MODIFY PLAN
AND TO PROVIDE DOCUMENTATION

Before the court is the Objection to Confirmation of Plan, Docket Entry [16], filed on March 30, 2016 by the Trustee. The Objection was set for hearing on April 21, 2016. Prior to the hearing, the objection was settled, and a hearing was not necessary.

For cause shown, the court finds that the Objection to Confirmation of Plan is sustained. The Debtor is granted 28 days from the date of this Order to file a modification to the plan and to provide documentation regarding the plan. Failure to file the modification and submit the documentation within the time described in this Order may result in dismissal of the case without further notice or hearing.

IT IS SO ORDERED.

Date: 05/18/2016

/s/ Phyllis M. Jones

Phyllis M. Jones
U.S. Bankruptcy Judge

cc: Jack W Gooding, Trustee

Kent Pray - - Electronically by ECF

Herman R Lewis Sr
900 Russenberger Rd
Little Rock, AR 72206