IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: Herman R Lewis Sr

CASE NO: 4:16-bk-10475 J  Chapter 13

CHAPTER 13 ORDER REQUIRING STRICT COMPLIANCE

    Before the court is the Motion to Dismiss filed by the Trustee on 4/4/2016 as a result of the debtor's failure to make payments as required by the plan. The motion was set for hearing on May 26, 2016. Prior to the hearing, the motion was settled, and a hearing was not necessary. The court finds that the debtor is in default under the terms of the plan. The Trustee has agreed to withdraw the Motion to Dismiss conditioned upon the debtor complying with the following:

1. The Debtor shall resume payments to the Trustee by making FULL and TIMELY plan payments to be received and credited by the last business day of the month for each month during the following period: June 2016 thru November 2016

    IT IS ORDERED that the Trustee's Motion to Dismiss is hereby withdrawn conditioned upon the Debtor complying with the above provisions. Failure of the debtor to comply with this order may result in the Trustee's Motion to Dismiss being granted and the case being dismissed without further notice or hearing..

Date: 06/05/2016  /s/ Phyllis M. Jones

Phyllis M. Jones
U.S. Bankruptcy Judge

cc: Jack W Gooding, Trustee

Kent Pray - Electronically by ECF

Herman R Lewis Sr
900 Russenberger Rd
Little Rock, AR 72206