IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE: Herman R Lewis Sr

CASE NO: 4:16-bk-10475 J                                                                 Chapter 13

CHAPTER 13 ORDER
TO MODIFY CHAPTER 13 PLAN

Before the court is the Objection to Confirmation of Plan, Docket Entry [23], filed on April 18, 2016 by the Trustee. The Objection was set for hearing on May 26, 2016. Prior to the hearing, the objection was settled, and a hearing was not necessary.

For cause shown, the court finds that the Objection to Confirmation of Plan is sustained. The Debtor is granted 28 days from the date of this Order to file a modification to the plan. Failure to file the modification within the time described in this Order may result in dismissal of the case without further notice or hearing.

IT IS SO ORDERED.

Date: 06/05/2016                                                              /s/ Phyllis M. Jones
                                                                              Phyllis M. Jones
                                                                              U.S. Bankruptcy Judge

cc:   Jack W Gooding, Trustee

      Kent Pray - - Electronically by ECF

      Herman R Lewis Sr
      900 Russenberger Rd
      Little Rock, AR  72206

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:   Herman R Lewis Sr

CASE NO:   4:16-bk-10475 J                                                                                           Chapter 13

CHAPTER 13 ORDER
TO MODIFY CHAPTER 13 PLAN

Before the court is the Objection to Confirmation of Plan, Docket Entry [23], filed on April 18, 2016 by the Trustee. The Objection was set for hearing on May 26, 2016. Prior to the hearing, the objection was settled, and a hearing was not necessary.

For cause shown, the court finds that the Objection to Confirmation of Plan is sustained. The Debtor is granted 28 days from the date of this Order to file a modification to the plan. Failure to file the modification within the time described in this Order may result in dismissal of the case without further notice or hearing.

IT IS SO ORDERED.

Date:  06/05/2016                                                                      /s/  Phyllis M. Jones

                                                                                                   Phyllis M. Jones
                                                                                                   U.S. Bankruptcy Judge

cc:   Jack W Gooding, Trustee

       Kent Pray - - Electronically by ECF

       Herman R Lewis Sr
       900 Russenberger Rd
       Little Rock, AR  72206