IN THE UNITED STATES BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS OF ARKANSAS

IN RE: HERMAN LEWIS        CASE NO. 4:16-10475
       DEBTOR        CHAPTER 13

## MODIFICATION OF CHAPTER 13 PLAN

Comes Now the Debtor by and through his attorney, Kent Pray, and for his Modification of Chapter 13 Plan state(s):

1. Payments shall be made in the sum of $3740.00 monthly. The debtor is paid bi-weekly. This modification increases the amount of the plan payment
2. The plan length from the date of filing shall be 60 months. This modification does not affect the length of the plan.

3. Unsecured creditors -treatment shall remain the same.

4. The following changes are to be made to each creditor as set out below:

| | |
|---|---|
| Wells Fargo Bank | Claim secured by 2007 Mercedes Benz to be paid as follows:<br>Value: $30,900.00<br>Interest 5%<br>Monthly payment $583.12 to be paid concurrently with any home mortgage creditor (Level 21)<br>Change pre-confirmation adequate protection payments to $315.00<br>Creditor retains their lien until the debt is paid in full or until the debt is discharged. |
| Penny Mac | Change regular monthly payment to $1,891.62<br>Change arrearage amount to$43,557.05 to be paid in full with monthly payments in the amount of $792.00 |

5. Unsecured creditors shall be paid at least as much as they would receive under Chapter 7.

6. All other provisions as set forth in the last confirmed plan shall remain the same.

7. Debtor will pay all disposable income to the Trustee into the plan as required by the Bankruptcy Code.

Date:  6/9/16

> Respectfully Submitted
>
> \s\Kent Pray
>
> _____
> Kent Pray, Bar No. 91228
> Christian W. Frank, Bar No. 01219
> John O. Jackson, Bar No. 2002213
> Attorneys for Debtor(s)
> PRAY LAW FIRM, P.A.
> P. O. Box 94224
> N. Little Rock, AR  72190
> (501) 771-7733

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS OF ARKANSAS

IN RE: HERMAN LEWIS          CASE NO. 4:16-10475
      DEBTOR          CHAPTER 13

NOTICE OF OPPORTUNITY TO OBJECT
TO AMENDED PLAN

     You are hereby notified that the debtor has filed the attached modification to the plan pursuant to 11 U. S. C. Sec. 1325 and Rule 2002(b) of the Rules of Bankruptcy Procedure. Objections to Confirmation of the Plan as Modified must be filed in writing within twenty-eight (28) days from the date of this notice, with the U.S. Bankruptcy Court, 300 W. 2nd St., Little Rock, Arkansas, 72201, with copies to the attorney for debtor and Jack W. Gooding, Trustee, P.O. Box 8202, Little Rock, AR 72221-8202.

     If objections to the plan are filed, they will be set for a hearing by subsequent notice. If no objections are received, the plan as modified may be confirmed without further notice or hearing.

                              Kent Pray, Bar No. 91228
                              Christian W. Frank, Bar No. 01219
                              John O. Jackson, Bar No. 2002213
                              Attorneys for Debtor(s)
                              PRAY LAW FIRM, P.A.
                              P. O. Box 94224
                              N. Little Rock, AR 72190
                              (501) 771-7733

                              \s\ Kent Pray
                              _____

                              Date: 06/09/16

CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing notice and attached Modification to Plan have been mailed to the following:

Jack W. Gooding, Trustee
P.O. Box 8202
Little Rock, AR 72221-8202

Tammy Welsh
15207 Scruggs Rd
England, AR 72046

Legal Division
Employment Security Div.
P. O. Box 2981
Little Rock, AR 72203

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

U. S. Attorney
Eastern District
P. O. Box 1229
Little Rock, AR 72203

Legal Division
Dept. of Finance & Admin.
P.O. Box 1272
Little Rock, AR 72203

and to all creditors whose names and addresses are set forth below:

Nixon & Light
10201 West Markham, Suite 108
Little Rock, AR 72221-8202

Dated: 6/09/16

\s\Kent Pray
_____
Kent Pray, Bar No. 91228
Christian W. Frank, Bar No. 01219
John O. Jackson, Bar No. 2002213
Attorneys for Debtor(s)
PRAY LAW FIRM, P.A.
P. O. Box 94224
N. Little Rock, AR 72190
(501) 771-7733

**Amazon/Syn Bank**
c/o Prof Bur of Coll of Maryla
PO Box 628
Elk Grove, CA 95759

**American Express**
P.O. Box 650448
Dallas, TX 75265

**Arkansas Specialty Care Center**
600 S. McKinley, Ste. 405
Little Rock, AR 72205-5210

**Arkansas Times**
201 E Markham/Ste 200
Little Rock, AR 72201

**Capital One**
PO Box 60599
City of Industry, CA 91716-0599

**Capital One Bank (USA), N.A.**
PO Box 71083
Charlotte, NC 28272-1083

**Credit One**
P. O. Box 60500
City Of Industry, CA 91716

**Elavon Settlement Rec**
c/o Merchant Services
PO Box 9599
Knoxville, TN 37940

**Fed Loan Servicing**
PO Box 69184
Harrisburg, PA 17106

**First National Credit Card**
c/o LTD Financial Svcs
7322 SW Freeway/Ste 1600
Houston, TX 77074

**First National Credit Card**
PO Box 2677
Omaha, NE 68103

**First Premier Bank**
P O Box 5519
Sioux Falls, SD 57117

**KLRT/KASN/RLRT**
Communications Credit & Recovery Corp.
200 Garden City Plaza, Suite 200
Garden City, NY 11530

**Little Rock Family Dental**
c/o CLX Systems/Westwood Mgmt
PO Box 125
Hamel, MN 55340-0125

**Little Rock Family Dental Care**
4220 N. Rodney Parham
Suite 200
Little Rock, AR 72212

**LVNV Funding, LLC its successors and assigns as**
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**MIDLAND FUNDING LLC**
PO Box 2011
Warren, MI 48090

**Open Table**
PO Box 671198
Dallas, TX 75267

**PennyMac Loan Services**
P.O. Box 30597
Los Angeles, CA 90030-0597

**PENNYMAC LOAN SERVICES, LLC**
6101 CONDOR DRIVE SUITE #200
MOORPARK, CA 93021

**PennyMac Loan Services, LLC**
C/O Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305

**Pest Control By Adams**
12324 Stagecoach Road
Little Rock, AR 72210

**Premier Bankcard, Llc**
c o Jefferson Capital Systems LLC
Po Box 953185
St Louis Mo 63195-3185

**Priority Insurance**
P O Box 5849
North Little Rock, AR 72119

**Recovery Management Systems Corporation**
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

**St Vincent Medical Group**
PO Box 23410
Little Rock, AR 72221

**Sysco-Ark**
c/o ESP Rec Mgmt Inc
399 Asbury Dr
Mandeville, LA 70471

**U.S.Department of Education**
C/O FedLoan Servicing
P.O.Box 69184
Harrisburg PA 17106-9184

**Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer**
Services
PO Box 19657
Irvine, CA 92623-9657

**Wells Fargo Dealer Svcs**
PO Box 25341
Santa Ana, CA 92799